IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD SMITH, #205015, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACT. NO. 2:20-cv-525-ECM |
| JEFERSON DUNN, *et al.*, | ) |
| Defendants. | ) |

**O R D E R**

On January 26, 2021, the Magistrate Judge entered a Recommendation (doc. 28) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED as follows that:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the Plaintiff's motion for class certification (doc. 22) is DENIED; and

3. this case, with respect to the Plaintiff's claims, is referred back to the Magistrate Judge for further proceedings.

Done this 19th day of February, 2021.

                                          /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE